UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

OSCAR LEE WATSON,

    Plaintiff,

v.

STATE OF MICHIGAN, et al,

    Defendant.
_____/

Case No. 18-cv-10518

HONORABLE. VICTORIA A. ROBERTS

## ORDER STRIKING PLAINTIFF'S RESPONSE (Doc. #22)

Corizon Health, Inc. ("Corizon") filed a Motion to Dismiss [Doc. # 12] against Count 4 of Oscar Lee Watson's ("Watson") complaint for failure to state a claim upon which relief can be granted. On May 14, 2018, the Court granted Corizon's motion. [Doc. #20].

On May 11, 2018, before the Court issued its order granting Corizon's motion to dismiss, Corizon filed a motion to compel Watson's medical records. [Doc. #19]. In the Court's order granting Corizon's motion to dismiss, it mooted Corizon's motion to compel. On May 22, 2018, Watson filed a response to Corizon's motion to compel Watson's medical records. [Doc. #22]. Accordingly, Watson's response is STRICKEN. **IT IS ORDERED**.

                                            S/Victoria A. Roberts
                                            Victoria A. Roberts
                                            United States District Judge

Dated: June 29, 2018